UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDO GONZALEZ, Jr., | Case No. 2:25-cv-1491-TLN-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| BUTTE COUNTY, *et al.*, | |
| Defendants. | |

Plaintiff has filed a civil rights action together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed *in forma pauperis* on the form used by this district. Accordingly, plaintiff's application will be denied without prejudice, and plaintiff will be provided the opportunity to submit an application on the appropriate form.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 3, is DENIED without prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

3. Plaintiff shall submit, within thirty days from the date of this order, either the $402 filing fee or a completed application to proceed *in forma pauperis*. Plaintiff's failure to comply

1

with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated: _June 11, 2025_  
　　　　　　　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON  
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE