UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDO GONZALEZ, Jr., | |
| Plaintiff, | Case No. 2:25-cv-1491-TLN-JDP (PS) |
| v. | |
| BUTTE COUNTY, et al., | **ORDER** |
| Defendants. | |

On June 23, 2025, Plaintiff Rosendo Gonzalez Jr. ("Plaintiff") filed a Motion for Preliminary Injunction. (ECF No. 5.) On June 25, 2025, the magistrate judge filed findings and recommendations recommending Plaintiff's motion for a preliminary injunction be denied for failure to demonstrate a likelihood of success on the merits. (ECF No. 7 at 5.) These findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. This deadline has passed, and no objections have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be supported by

the record and by the proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

1. The proposed findings and recommendations filed June 25, 2025, (ECF No. 7), are ADOPTED;
2. Plaintiff's motion for injunctive relief, (ECF No. 5), is DENIED; and
3. This action is referred back to the assigned magistrate judge for all further pretrial matters.

Date: August 8, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE