UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDO GONZALEZ, Jr.,<br><br>  Plaintiff,<br><br>  v.<br><br>BUTTE COUNTY, et al.,<br><br>  Defendants. | Case No. 2:25-cv-1491-TLN-JDP (PS)<br><br>**ORDER** |

Plaintiff Rosendo Gonzalez, Jr. ("Plaintiff"), proceeding pro se, filed this action alleging claims relating to his April 5, 2025 arrest. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 14, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 11.) Plaintiff filed objections on November 3, 2025 (ECF No. 12), which the Court has considered.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, including Plaintiff's objections, the Court finds the findings and

recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 14, 2025 (ECF No. 11), are adopted in full;

2. Plaintiff's first amended complaint (ECF No. 9) is dismissed without leave to amend for failure to state a claim; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Date: November 21, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE